# EXHIBIT A

**Defendant:** New HoldCo
**Creditor ID:** NH014
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| New HoldCo | | $5,828.00 | 9/24/2024 | 21298051 | 3/28/2023 | $5,828.00 |
| | | $20,181.00 | 9/10/2024 | 21476946 | 12/20/2023 | $20,181.00 |
| | | $1,245.00 | 9/24/2024 | 21476945 | 12/20/2023 | $1,245.00 |
| | | $2,657.00 | 9/24/2024 | 21499941 | 1/31/2024 | $2,657.00 |
| | | $1,085.50 | 9/24/2024 | 21499932 | 1/31/2024 | $1,085.50 |
| | | $2,952.00 | 9/24/2024 | 21520569 | 2/28/2024 | $2,952.00 |
| | | $996.45 | 9/24/2024 | 21615510 | 7/8/2024 | $996.45 |
| | | $93.00 | 10/7/2024 | 21680316 | 9/26/2024 | $93.00 |
| **Total Transfers** | **8** | **$35,037.95** | | | | **$35,037.95** |